United States Bankruptcy Court
Middle District of Florida

In re:                                                                 Case No. 17-05601-CCJ
Susan H Jacquot                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113A-6         User: badrienne         Page 1 of 2           Date Rcvd: Feb 26, 2019
                             Form ID: 309I           Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2019.
db         +Susan H Jacquot,    2714 Hoffner Avenue,    Bell Isle, FL 32812-1074
aty        +Angelo M Castaldi,    Tripp Scott, P.A.,    110 SE 6th Street, 15th Floor,
             Fort Lauderdale, FL 33301-5004
aty        +Charles R Sterbach,    Office of the United States Trustee,    400 W. Washington St., Ste 1100,
             Orlando, FL 32801-2440
aty        +Mukta Suri,    Bonial & Associates, P.C.,    14841 Dallas Parkway, Suite 425,
             Dallas, TX 75254-8067
aty        +Teresa M Hair,    Brock & Scott, PLLC,    2001 NW 64th St., Ste 130,
             Ft. Lauderdale, FL 33309-1855
app        +Robert H Ewald,    Ewald Enterprises, Inc.,    12472 Lake Underhill Road,    Suite 312,
             Orlando, FL 32828-7144
auc        +Robert H Ewald,    Ewald Auctions, Inc.,    12472 Lake Underhill Road,    Suite 312,
             Orlando, FL 32828-7144
cr         +SPECIALIZED LOAN SERVICING LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
cr         +World Omni Financial Corp.,    c/o Angelo M. Castaldi, Esquire,    110 SE 6th Str, 15th Flr,
             Fort Lauderdale, FL 33301-5004
27119986    Alltran Financial,    PO Box 4044,    Concord, CA 94524-4044
27497697   +David L Jacquot,    P O Box 592679,    Orlando FL 32859-2679
27119988    Dr. Lisa A. Yurkiewicz,    Yurkiewicz Orthodontics,    5956 Turley Lake Rd.,    Ste. 2,
             Orlando, FL 32819-4218
27405856   +Northwest Fed Credit Union,    PO Box 466,    Herndon VA 20172-0466
27119992   #+Orange County Tax Collector,    2110 W. Colobnial Drive,    Orlando, FL 32804-6998
27119993   +State of Florida Disbursemen,    PO Box 8500,    Tallahassee, FL 32314-8500
27119999   +World Omni Financial,    Po Box 91614,    Mobile, AL 36691-1614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Feb 27 2019 01:15:18     Elena L Escamilla,
             Office of the United States Trustee,    400 W. Washington Street,    Suite 1100,
             Orlando, FL 32801-2440
aty          E-mail/Text: jennifer@morandolegal.com Feb 27 2019 01:14:03     Jennifer L Morando,
             Morando Legal, PLLC,    Post Office Box 568823,    Orlando, FL 32856
tr          +EDI: QAMAHENDRU.COM Feb 27 2019 05:48:00      Arvind Mahendru,    5703 Red Bug Lake Road,
             Suite 284,    Winter Springs, FL 32708-4969
tr          +E-mail/Text: ecf@c13orl.com Feb 27 2019 01:14:16     Laurie K Weatherford,
             Post Office Box 3450,    Winter Park, FL 32790-3450
ust         +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Feb 27 2019 01:15:18     United States Trustee - ORL7/13,
             Office of the United States Trustee,    George C Young Federal Building,
             400 West Washington Street, Suite 1100,    Orlando, FL 32801-2210
cr          +EDI: WFFC.COM Feb 27 2019 05:48:00      WELLS FARGO BANK, N.A.,    3476 Stateview Blvd,
             FT MILL, SC 29715-7200
27416526     EDI: BECKLEE.COM Feb 27 2019 05:38:00     AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,
             PO BOX 3001,    MALVERN PA 19355-0701
27119987    +EDI: AMEREXPR.COM Feb 27 2019 05:48:00      Amex,    Po Box 297871,
             Fort Lauderdale, FL 33329-7871
27119984     EDI: FLDEPREV.COM Feb 27 2019 05:38:00     Florida Department of Revenue,    Bankruptcy Unit,
             Post Office Box 6668,    Tallahassee FL 32314-6668
27119989    +EDI: FLDEPREV.COM Feb 27 2019 05:38:00     Florida Dept. of Revenue,    5050 W. Tennessee Street,
             Tallahassee, FL 32399-0100
27119990     EDI: IRS.COM Feb 27 2019 05:49:00     Internal Revenue Service,    Po Box 21126,
             Philadelphia, PA 19114-0326
27119991    +E-mail/PDF: lossmitigation@nwfcu.org Feb 27 2019 01:26:58     Northwest Federal Credit Uni,
             200 Springs St,    Herndon, VA 20170-5292
27119983     +E-mail/Text: Bankruptcy@octaxcol.com Feb 27 2019 01:14:34     Orange County Tax Collector,
             PO Box 545100,    Orlando FL 32854-5100
27455251    +EDI: STF1.COM Feb 27 2019 05:49:00      SunTrust Bank,    Attn: Support Services,    PO Box 85092,
             Richmond, VA 23285-5092
27119994    +EDI: STF1.COM Feb 27 2019 05:49:00      Suntrust Bank,    Po Box 4986,    Orlando, FL 32802-4986
27119995    +EDI: RMSC.COM Feb 27 2019 05:38:00      Syncb/sams Club Dc,    Po Box 965005,
             Orlando, FL 32896-5005
27488909    +EDI: RMSC.COM Feb 27 2019 05:38:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
             PO Box 41021,    Norfolk VA 23541-1021
27119997     EDI: WFFC.COM Feb 27 2019 05:48:00     Wells Fargo Home Mortgage,    8480 Stagecoach Cir,
             Frederick, MD 21701
27119996    +EDI: WFFC.COM Feb 27 2019 05:48:00      Wells Fargo Bank,    Po Box 14517,
             Des Moines, IA 50306-3517
27458224     EDI: WFFC.COM Feb 27 2019 05:48:00     Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
             PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
27376723    +EDI: WFFC.COM Feb 27 2019 05:48:00      Wells Fargo Bank, N.A.,    435 Ford Road, Suite 300,
             St. Louis Park, MN 55426-4938
27389789     EDI: WFFC.COM Feb 27 2019 05:48:00     Wells Fargo Bank, N.A.,    Default Document Processing,
             MAC# N9286-01Y,    1000 Blue Gentian Road,    Eagan, MN 55121-7700
27119998    +EDI: WFFC.COM Feb 27 2019 05:48:00      Wf Pll,    P.o. Box 94435,    Albuquerque, NM 87199-4435
                                                                                              TOTAL: 23

```
District/off: 113A-6          User: badrienne              Page 2 of 2                  Date Rcvd: Feb 26, 2019
                              Form ID: 309I                Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Arvind Mahendru,    5703 Red Bug Lake Road,    Suite 284,    Winter Springs, FL 32708-4969
intp*        +Arvind Mahendru,    5703 Red Bug Lake Road,    Suite 284,    Winter Springs, FL 32708-4969
cr*          +David L Jacquot,    PO Box 592679,    Orlando, FL 32859-2679
27119985*     Internal Revenue Service,    Post Office Box 7346,    Philadelphia PA 19101-7346
                                                                                         TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2019 at the address(es) listed below:
```
              Angelo M Castaldi    on behalf of Creditor    World Omni Financial Corp. acastaldi@wargofrench.com,
               lcruz@wargofrench.com;Flservice1@wargofrench.com
              Arvind Mahendru    on behalf of Trustee Arvind Mahendru amtrustee@gmail.com,
               amahendru@ecf.epiqsystems.com
              Arvind Mahendru    amtrustee@gmail.com,   amahendru@ecf.epiqsystems.com
              Charles R Sterbach    on behalf of U.S. Trustee    United States Trustee - ORL7/13
               Charles.R.Sterbach@usdoj.gov
              Elena L Escamilla    on behalf of U.S. Trustee    United States Trustee - ORL7/13
               elena.l.escamilla@usdoj.gov
              Jennifer L Morando    on behalf of Debtor Susan H Jacquot jennifer@morandolegal.com
              Laurie K Weatherford    ecfdailysummary@c13orl.com
              Mukta Suri    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC Mukta.Suri@BonialPC.com
              Teresa M Hair    on behalf of Creditor    WELLS FARGO BANK, N.A. teresa.hair@brockandscott.com,
               FLBKECF@brockandscott.com;WBECF@brockandscott.com
              United States Trustee - ORL7/13    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Susan H Jacquot** | Social Security number or ITIN | **xxx–xx–3284** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Florida** | Date case filed in chapter **7** | **8/23/17** |
| Case number: | **6:17–bk–05601–CCJ** | Date case converted to chapter **13** | **2/1/18** |

Official Form 309I *(Amended as to Continued 341 Date Only)*

# Notice of Chapter 13 Bankruptcy Case    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Susan H Jacquot | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2714 Hoffner Avenue<br>Bell Isle, FL 32812 | |
| 4. | **Debtor's attorney**<br>Name and address | Jennifer L Morando<br>Morando Legal, PLLC<br>Post Office Box 568823<br>Orlando, FL 32856 | Contact phone (407) 720–6200<br><br>Email: jennifer@morandolegal.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790 | Contact phone 407–648–8841 |
| 6. | **Bankruptcy Clerk's Office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | George C. Young Federal Courthouse<br>400 West Washington Street<br>Suite 5100<br>Orlando, FL 32801 | Hours open:<br>Monday – Friday 8:30 AM – 4:00PM<br><br>Contact phone 407–237–8000<br><br>Date: February 26, 2019 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **March 7, 2019 at 08:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting. *** | **Location:**<br>**George C. Young Courthouse, Suite 1203–B, 400 West Washington Street, Orlando, FL 32801** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: April 30, 2018** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: April 12, 2018** |
| | **Deadline for governmental units to file a proof of claim:** | **For a governmental unit: 180 days from the date of filing** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed online at the Court's website at www.flmb.uscourts.gov, or obtained at www.uscourts.gov or at any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br>**Attention Mortgage Holders:** Attachments to your Proof of Claim may be required by changes to Rule 3001. Forms and attachments are available at at www.uscourts.gov. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan, hearing on confirmation of plan** | The plan will be sent separately. The initial confirmation hearing will be held on:<br>**at , Location:**<br><br>Debtors and their attorneys are not required to attend the Initial Confirmation Hearing because, in most cases, the Initial Confirmation Hearing will be continued to a date after the deadline for filing proofs of claim. However, the Court will hear and may rule on motions and objections that are separately noticed for hearing for the same time as the Initial Confirmation Hearing.<br>Local Rule 5073–1 restricts the entry of electronic devices and mobile phones into the Courthouse. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |
| **14. Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029. | |